IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-38-D

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAMONA JULIA LOPEZ,<br><br>　　　　　Defendant. | **ORDER TO SEAL**<br>**[DOCKET ENTRY NUMBER 48]** |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 48 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 16 day of March, 2022.

JAMES C. DEVER III
United States District Judge